In the Matter of CITY OF NEW YORK, Appellant, Relative to the Melrose Commons Urban Renewal Area, Phase II. KAISER WOODCRAFT CORP., Respondent.
Submitted December 24, 2007; decided February 14, 2008

Motion by the Port Authority of New York and New Jersey for leave to file a letter brief amicus curiae on the appeal herein granted and the letter brief is accepted as filed.

FAIR PRICE MEDICAL SUPPLY CORP., as Assignee of CESAR NIVELO, Respondent, v TRAVELERS INDEMNITY COMPANY, Appellant.
Submitted February 11, 2008; decided February 14, 2008

Motion by New York Central Mutual Fire Insurance Company et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

JOAN HAYMON, Individually and as Mother and Natural Guardian of L.H., an Infant, Appellant, v DONALD J. PETTIT et al., Defendants, and AUBURN COMMUNITY NON-PROFIT BASEBALL ASSOCIATION, INC., Respondent.
Submitted December 31, 2007; decided February 14, 2008

Motion for reargument denied [see 9 NY3d 324 (2007)].

LANDAU, P.C., as Successor, by Change of Name, to MORRIS J. EISEN, P.C., et al., Appellants, v LAROSSA, MITCHELL & ROSS, et al., Respondents.
Submitted December 24, 2007; decided February 14, 2008

Motion to dismiss the appeal herein denied.